**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CR-267-MAD - NDNY**
**25-MJ-00062-MAYNARD**

**IN RE SEALED INDICTMENT**
_____/

**MOTION TO UNSEAL INDICTMENT**

FILED BY ___SW___ D.C.
Jun 26, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

The United States of America, by and through the undersigned Assistant United States Attorney, hereby requests this Honorable Court unseal the *Indictment* in this case, as there is no further reason to keep it sealed.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY
By: */s/ Christopher H. Hudock*

**CHRISTOPHER H. HUDOCK**
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
Florida Bar No. 92454
101 South US Highway 1, Suite 3100
Fort Pierce, Florida 34950
Telephone: 772-293-0951
Facsimile: 772-466-1020
Email: Christopher.Hudock@usdoj.gov